Decision removed at the request of the court.